# Louisiana Courts of Appeal Reports

## October 1, 1924 to June 30, 1925

No. 1990.

Second Circuit Appeal.

PETER FLETCHER v. MRS. L. B. WARD.

(March 17, 1925, Opinion and Decree.)

(*Syllabus by the Editor.*)

1. Louisiana Digest—Appeal—Par. 518.
Where there is no assignment of errors nor other means by which the correctness of the judgment can be examined into, the appeal must be dismissed.

Appeal from City Court of Shreveport, Louisiana, Hon. David B. Samuels, Judge.

L. C. Butler, of Shreveport, attorney for plaintiff, appellant.

Thomas W. Robertson; Foster, Looney, Wilkinson & Smith, all of Shreveport, attorneys for defendant, appellee.

ON MOTION TO DISMISS APPEAL

REYNOLDS, J. In this case the transcript does not contain any evidence or statement of facts; nor does it contain the certificate of the judge or clerk that the transcript contains all the evidence on which the case was tried. There is no assignment of errors nor other means by which the correctness of the judgment can be examined into.

The appeal must be dismissed.

Longer vs. Pugeau, 3 Mart. (O. S.) 221.

Robb vs. Mart, 5 Mart. (N. S.) 89.

Allain vs. Preston, 5 La. 478.

Nettleton vs. Stephens, 6 La. 164.

Garritson vs. His Creditors, 8 La. 518.

Haydel vs. Webre, 10 La. 37.

LeBlanc vs. Viel, 12 La. 33.

Bogereau vs. Armstrong, 15 La. 144.

Healy vs. Wagner, 19 La. 91.

Charbonnet vs. Dupasseur, 27 La. Ann. 105.

For the above reasons it is ordered, adjudged and decreed that the appeal be and the same is hereby dismissed.